UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTA D. LYALL,<br><br>        Plaintiff,<br><br>   v.<br><br>LES ZIEVE, et al.,<br><br>        Defendants. | Case No. C24-2148-JNW<br><br>ORDER |

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 38, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 28th day of January, 2025.

                                                    S. KATE VAUGHAN
                                                    United States Magistrate Judge

ORDER - 1